# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE L. KRESYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-0525-SSA-CV-W-WAK |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court is defendant's motion of March 3, 2008, requesting a remand under sentence four of 42 U.S.C. § 405(g). Defendant asserts a remand will allow the Administrative Law Judge (ALJ) to consider the vocational expert testimony already a part of the record, regarding plaintiff's ability to perform other jobs. Plaintiff consents to a remand.

After consideration of the record, the court finds that a remand pursuant to sentence four is warranted. Remand will expedite administrative review and allow the Commissioner to properly consider plaintiff's claim. Accordingly, it is

ORDERED that the decision of the ALJ is reversed, and this case is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for a proper consideration of plaintiff's claim. [12]

Dated this 6th day of March, 2008, at Jefferson City, Missouri.

/s/ *William A. Knox*

WILLIAM A. KNOX
United States Magistrate Judge